# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, G.G. GERDING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**ALEJANDRO MEDINA**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201400167**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 11 February 2014.
**Military Judge**: Col M.B. Richardson, USMC.
**Convening Authority**: Commanding Officer, 3d Recruit Training Battalion, Recruit Training Regiment, Marine Corps Recruit Depot, San Diego, CA.
**Staff Judge Advocate's Recommendation**: Maj J.E. Ming, USMC.
**For Appellant**: CDR Ricardo A. Berry, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**19 August 2014**

---------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court